UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES ALLEN GREEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:09-cv-312 |
| v. | ) | *Collier / Lee* |
| | ) | |
| WITRON INTEGRATED LOGISTICS CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is a motion to amend the answer [Doc. 44] filed by Defendant Witron Integrated Logistics Corporation. Defendant asserts no party will be prejudiced by its amendment and attempted to obtain consent from all other parties prior to filing the motion. Defendant was unable to secure consent from all parties before making its motion; however, no party has filed any timely response in opposition to Defendant's request.

Accordingly, Defendant's motion to amend [Doc. 44] is **GRANTED**. Defendant **SHALL** file the amended answer within **14 days** of this Order.

SO ORDERED.

ENTER:

                                                s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE