UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES ALLEN GREEN, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:09-cv-312 |
| v. ) | *Collier / Lee* |
| ) | |
| WITRON INTEGRATED LOGISTICS ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a motion to substitute surviving spouse [Doc. 50] filed by Plaintiff Victoria Green. In the motion, Plaintiff represents that her husband, Plaintiff James Allen Green, died during the pendency of this action and she seeks to substitute herself in place of her husband to continue the claims in this case that arose specifically as to him. A suggestion of death was previously filed in the record [Doc. 49]. None of the remaining Defendants have filed any response in opposition to the motion, which otherwise appears to be proper under Tennessee law and Federal Rule of Civil Procedure 25. The Court deems Defendants' failure to respond as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2. Accordingly, Plaintiff's motion to substitute [Doc. 50] is **GRANTED**. Plaintiff Victoria Green, as surviving spouse, shall continue with the claims of, and represent the interests of, deceased Plaintiff James Allen Green.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE