UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JAMES ALLEN GREEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:09-cv-312 |
| v. | ) | *Collier / Lee* |
| | ) | |
| WITRON INTEGRATED LOGISTICS CORPORATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a motion to amend complaint [Doc. 63] filed by Plaintiff Victoria Green. Plaintiff seeks to amend the complaint to add an additional wrongful death claim stemming from her husband's death during the pendency of this lawsuit. None of the Defendants have filed any response to Plaintiff's motion, and the Court deems Defendants' failure to respond to the motion as a waiver of any opposition to the requested relief pursuant to E.D. Tenn. L.R. 7.2.

Accordingly, Plaintiff's motion to amend complaint [Doc. 63] is **GRANTED**. Plaintiff is **ORDERED** to file the Amended Complaint within **14 days** of this Order.[1]

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff did not file the proposed amended complaint to her motion pursuant to E.D. Tenn. L.R. 15.1, which could be grounds for denial of the motion; however, in the absence of opposition and because the proposed amendment involves the addition of only two paragraphs to the complaint, the Court will excuse Plaintiff's non-compliance.